In re  **The Columbian Publishing Company**  Case No. **09-43133-PBS**
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **701 W 8th St**<br>**Vancouver, WA 98660** | Fee Simple | - | **4,660,000.00** | **4,660,000.00** |
| **801 W 6th St**<br>**Vancouver, WA 98660** | Fee Simple | - | **2,000,000.00** | **0.00** |
| **425 NE 4th Ave**<br>**Camas, WA 98607** | Fee Simple | - | **400,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **7,060,000.00** | (Total of this page) |
| Total > | **7,060,000.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **The Columbian Publishing Company**          Case No.   **09-43133-PBS**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty Cash** | - | 1,500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America** | - | 129,480.00 |
| | | **US Bank** | - | 630,000.00 |
| | | **West Coast Bank** | - | 736.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **See Attached Detail** | - | 0.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **See Attached Detail** | - | 0.00 |
| | | **See Attached Detail** | - | 0.00 |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **See Attached Detail** | - | 0.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    761,716.00
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

In re    **The Columbian Publishing Company**                                    Case No.    **09-43133-PBS**
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Page Co-Op Stock Certificate** | - | **15,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | **1,775,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **DVP Operating Expense Receivable** | - | **185,000.00** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **1,975,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

In re **The Columbian Publishing Company**                    Case No. __09-43133-PBS__

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Attached Detail | - | 0.00 |
| 26. Boats, motors, and accessories. | | See Attached Detail | - | 0.00 |
| 27. Aircraft and accessories. | | See Attached Detail | - | 0.00 |
| 28. Office equipment, furnishings, and supplies. | | See Attached Detail | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached Detail | - | 0.00 |
| 30. Inventory. | | Inventory | - | 238,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | All Property Listed in Attached Equipment List | - | 576,750.00 |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 814,750.00 |
| Total > | 3,551,466.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# Columbian Newspaper Equipment List

| Item No. | Serial No. | Qty | Description | OLV |
|---|---|---|---|---|
| | | | **Advertising & Front Office Area** | |
| 1 | | 40 | Office cubicles and front reception area c/w copiers, safes, shredders, etc. | 4,000 |
| 2 | | 1 | **Sam4S Perfect Solution SPS-2000** credit card system | 1,000 |
| 3 | | 3 | **AVAYA** Phone system | 6,000 |
| 4 | | 3 | Executive offices and reception area | 1,400 |
| | | | **News Room** | |
| 5 | | 67 | Office cubicles w/chairs | 1,000 |
| 6 | | 15 | **MAC OSX** computers | 12,000 |
| 7 | | 6 | Televisions **RCA & Panasonic** | 600 |
| 8 | | 1 | Executive office consisting of office furniture, chairs, etc | 500 |
| 9 | | 2 | Meeting rooms consisting of tables, chairs | 500 |
| 10 | | 1 | **Panasonic** 42" Flat screen tv | 400 |
| 11 | | 1 | Conference room | 100 |
| 12 | | 1 | Library consisting of office furniture, shelves, etc. | 300 |
| 13 | | 1 | **CANON Image Press C-1** copier 55,000 copies | 1,500 |
| 14 | | 1 | **RICOH AFICIO MP5500** copier 184,000 copies | 2,000 |
| 15 | | 1 | **IBM Thinkpad R52** laptop | 400 |
| | | | **Photo Studio** | |
| 16 | | | Including 2 wafer soft lights, **Red Wing** boom, 3 backdrop panel, **Speedtron 2403CX** low voltage trigger, 2-2400 watt lights, | 3,000 |
| 17 | | 1 | **NIKON AF-S 400mm** lense | 2,000 |
| 18 | | 1 | **NIKON AF-S 300mm** lense | 1,000 |

# Columbian Newspaper Equipment List

| Item No. | Serial No. | Qty | Description | OLV |
|---|---|---|---|---|
| 19 | | 1 | NIKON AF-S VR 700-200mm lense | 500 |
| 20 | | 4 | NIKON flashes | 100 |
| 21 | | 1 | CANON WD-872 wide converter | 150 |
| 22 | | 6 | Miscellaneous lenses | 150 |
| 23 | | 1 | CANON XHA1 Video camera | 400 |
| 24 | | 2 | Pocket Wizard transceivers | 200 |
| 25 | | | Assorted Tri-pods | 150 |
| 26 | | 3 | MAC Powerbook G-4 15" screen laptops | 2,400 |
| 27 | | 3 | 20" Flat screen monitors | 150 |
| 28 | | 1 | CALIFONE PA-300 Scanner | 50 |
| 29 | | 3 | MAC G-5 computers w/5 flat screens | 3,600 |
| | | | **Advertising Dept / Pre-press** | |
| 30 | | 20 | Workstations including chairs & computers | 700 |
| 31 | | 13 | MAC OSX computers | 6,500 |
| 32 | | 1 | MAC G-5 computer | 800 |
| 33 | | 1 | Panasonic 42" Flat screen tv | 400 |
| 34 | | 2 | CANON IMAGE PRESS C1 copiers 1@83,000 copies 1@ 127,000 copies | 3,000 |
| 35 | | | Assorted file cabinets in darkroom | 200 |
| 36 | | 1 | CANON Color imagerunner C4080i copier 47,000 copies | 1,500 |
| | | | **Mail Room** | |
| 37 | | 1 | Pitney Bowes postage machine | 2,000 |
| 38 | | 1 | Neopost SI76 Folder / Stuffer | 500 |

# Columbian Newspaper Equipment List

| Item No. | Serial No. | Qty | Description | OLV |
|---|---|---|---|---|
| 39 | | 1 | Triumph 24" paper cutter | 1,000 |
| 40 | | | Miscellaneous office furniture | 100 |
| | | | **Classified Advertising** | |
| 41 | | 7 | Cubicles, computers, chairs, printers, etc. w/conference room | 700 |
| | | | **Circulation** | |
| 42 | | 24 | Cubicles, chairs, computeres, Duo hand binder | 1,100 |
| 43 | | 1 | Executive office including desk, cabs, chair | 400 |
| | | | **Packaging Center** | |
| 44 | | 4 | Workstations including chairs | 500 |
| 45 | | 1 | RICOH AFICIO 3030 copier 436,000 copies | 500 |
| 46 | | 7 | 2-way radios w/charging station | 100 |
| 47 | 7745\2007 | 1 | Gammerler KL5000 bundler | 40,000 |
| 48 | | 12 | Carts | 1,600 |
| 49 | | 4 | Step Ladders | 250 |
| 50 | | 3 | Self dumping scrap buckets | 900 |
| 51 | | 22 | joggers FMC J-50 | 1,100 |
| 52 | | 2 | Crown pallet trucks | 400 |
| 53 | | | 2 pallet trucks & 1 hand truck | 250 |
| 54 | | 6 | Recoil reels | 900 |
| 55 | | 1 | Craftsman tool box | 100 |
| 56 | 8251931 | 1 | Carlson TM36 Band-Tyer | 100 |
| 57 | | 9 | Assorted tables | 25 |
| 58 | | 1 | Signode strapper | 150 |

# Columbian Newspaper Equipment List

| Item No. | Serial No. | Qty | Description | OLV |
|---|---|---|---|---|
| 59 | | 1 | **Clark Electric P40C** pallet truck | 300 |
| 60 | TW235-211-3755FA | 1 | **Clark TW30 Electric** Forklift 158" lift | 500 |
| 61 | | 1 | 4x4 digital platform scale model#3250 **National Controls, Inc.** | 750 |
| 62 | ESM247-0143-871 | 1 | **Clark ESMII-15** stand on forklift electric | 1,500 |
| 63 | | 3 | Section pallet racking | 75 |
| 64 | | 2 | Press roller carts | 200 |
| 65 | | 1 | Barrel hand truck | 25 |
| 66 | | 3 | **Lincoln** airless pumps | 300 |
| | | | **Press Room** | |
| 67 | 3 | 1 | **Goss Metro** Web Press, 6 stand w/center fold, 50" wide, cutoff 22 3/4" | - |
| | | | **Machine Shop** | |
| 68 | | | **LeBlond regal 12x24** lathe, **Cincimatti** knee mill, **Miller** welder, shop press, cut off saws, power & hand tools, sandblaster, etc. | 14,000 |
| | | | **Press Room Roll Storage Area** | |
| 69 | | 1 | Plate Bender | 100 |
| 70 | | 1 | **Cascade** roll clamp | 2,500 |
| 71 | | 1 | **Pneumatech AD 250** Air dryer | 100 |
| 72 | 900674 | 1 | **Quincy QNW240-CDI\S** Rotary screw air compressor | 5,000 |
| 73 | 740387 | 1 | **Quincy QNW200E** Rotary screw air compressor | 1,000 |
| 74 | | 1 | **Clark EC500** Electric Forklift 189" lift, **cascade** roll clamp,w/**hobart** charger | 3,000 |
| 75 | | | Assorted chairs & **Herman Miller** office furniture | 100 |
| 76 | | 1 | Large box cart | 100 |

# Columbian Newspaper Equipment List

| Item No. | Serial No. | Qty | Description | OLV |
|---|---|---|---|---|
| 77 | | 1 | Small Cart | 50 |
| 78 | | 1 | Caging w/roll away gate | 100 |
| 79 | | 1 | Pallet truck | 75 |
| 80 | | 1 | Aluminum dock plate | 200 |
| 81 | 77229 | 1 | **Freeman KF74** cardboard bailer | 1,200 |
| 82 | TW125-751-2301 | 1 | **Clark TW25B** Electric Forklift 100" lift | 750 |
| 83 | | 2 | **Spencer** 30hp exhaust fans | 400 |
| 84 | | 1 | **CARDOX 4 ton FD18256-2** CO2 fire supression system | 3,500 |
| 85 | | 1 | Dust collection system w/40hp blower & bag house | 1,500 |
| 86 | | | Shelving, scaffolding, hand trucks, misc. supplies | 700 |
| 87 | | 1 | 2600 gal cylindrical ink tank | 500 |
| 88 | | 1 | Blue 30,000lb ink tank bottom discharge | 500 |
| | | | **Plate Area & Lunch room** | |
| 89 | | 1 | **Stoesser** Plate register | 200 |
| 90 | | 1 | **Stoesser** pneumatic plate punch | 400 |
| 91 | | 2 | light tables | 100 |
| 92 | | 1 | Air operated register punch | 50 |
| 93 | 105 | 1 | **KF International** 2 sided plate bender PB-30GR-40 | 1,000 |
| 94 | | 2 | **NU-ARC** flip top plate makers | - |
| 95 | | 2 | 25 drawer negative storage cabs | 200 |
| 96 | | 1 | **Western Lithotech** diamond plate 36 processor | - |
| 97 | | 2 | light tables | 50 |
| 98 | | 1 | Paper cutter & Stainless Steel sink | 100 |

# Columbian Newspaper Equipment List

| Item No. | Serial No. | Qty | Description | OLV |
|---|---|---|---|---|
| 99 | | 1 | Pneumatic air punch | 100 |
| 100 | | 2 | **APS Sierra** color imagers w/APS 3850 inter-facers & 2 spare processors | 500 |
| 101 | | 1 | **CANON iPF 700** Plotter | 2,500 |
| 102 | | 1 | **HP Design jet 1055CM** Plotter | 1,000 |
| 103 | | | Misc. office equipment | 100 |
| 104 | | 1 | **I-MAC G5 OSX** computer | 800 |
| 105 | | 1 | Densitometer | 25 |
| 106 | | 1 | Hand truck | 25 |
| 107 | | 1 | **Proto** tool box | 25 |
| 108 | | 1 | Pallet truck | 100 |
| 109 | | 3 | Step ladders | 100 |
| 110 | | | lunch room including tables, chairs, etc | 300 |
| | | | **Yard** | |
| 111 | | 5 | Self dumping scrap buckets | 1,250 |
| 112 | | 1 | **KATO light** model KLD30 30kw stand by diesel genset | 5,000 |
| 113 | 601000 | 2 | **Heil A690-65** hydraulic garbage compactor | 10,000 |
| | | | **Community Press Building #2** | |
| 114 | | 1 | Ink tank | - |
| 115 | | 2 | Pallet trucks | 200 |
| 116 | | 4 | carts | 300 |
| 117 | | 1 | 24' extension ladder | 125 |
| 118 | | 70 | Coin-op newspaper dispensers | 1,000 |

# Columbian Newspaper Equipment List

| Item No. | Serial No. | Qty | Description | OLV |
|---|---|---|---|---|
| 119 | | 1 | Air receiver | 100 |
| 120 | | 1 | **Barrett** electric forklift | 50 |
| 121 | | 1 | Flammable storage container | 100 |
| 122 | | 1 | **Baldwin** count-o-veyor | - |
| 123 | E355-185-3908 | 1 | **Clark C500** Electric forklift 189" lift w/roll clamp | 2,500 |
| 124 | | 1 | **Eclectic** ink recycling system | 500 |
| 125 | | 1 | **Goss Community** 11 color web press, 35" width, 22 3/4" cut off & end folder | 75,000 |
| 126 | | 1 | Plate bender | 100 |
| 127 | | 1 | **Stoesser** register system | 1,500 |
| 128 | | 2 | Self dumping scrap buckets | 300 |
| 129 | | 1 | 400kw **KATOlight KLD400** diesel gen set | 20,000 |
| 130 | | | Maintenance Shop including misc. tools & equipment | 2,500 |
| 131 | UJ02-9J0441 | 1 | **Nissan Optimum 50** forklift LPG, pneumatic 187" lift, side shift, 4526 hrs | 10,000 |
| 132 | | 1 | **Signode** strapper | 100 |
| 133 | | 2 | Auto strappers | 100 |
| 134 | | 1 | Aluminum dock plate | 150 |
| 135 | | 4 | **Signode MLN2A** side & top squeeze packages | 2,000 |
| 136 | | 1 | 7.5hp compressor | 600 |
| 137 | | 1 | Foot Operated stapler | 25 |
| 138 | TW235-337-3786 | 1 | **Clark TW30B** Electric forklift | 500 |
| 139 | | 3 | Forklift battery chargers | 600 |
| 140 | | 1 | **Miller roughneck 2E** gas welder generator | 400 |

# Columbian Newspaper Equipment List

| Item No. | Serial No. | Qty | Description | OLV |
|---|---|---|---|---|
| 141 | | 1 | 2 ton free standing 10' jib crane w/**ingersoll rand** 2 ton power trolley hoist | 1,500 |
| 142 | | 1 | Floor jack | 75 |
| | | | **Accounting** | |
| 143 | | | Misc. **Herman Miller** components | 100 |
| 144 | | 1 | Rolling staircase | 100 |
| 145 | | 2 | Hand trucks | 50 |
| 146 | | | Misc. office equipment & filing cabinets | 100 |
| 147 | | | Maintenance Shop including woodworking equipment | 2,500 |
| | | | **Building Maintenance** | |
| 148 | | | Ladders, rubber maid cleaning carts, misc. computer supplies, washer & dryer | 1,000 |
| 149 | | 3 | Workstations w/computers, chairs, etc., housekeeping supplies | 800 |
| 150 | | | **Accounting Storage** | 1,500 |
| 151 | | 1 | **Cummins** shredder | 100 |
| 152 | | 1 | NCR 3 station cash counter w/auto computer readout | 5,000 |
| | | | **Accounting Department** | |
| 153 | | 7 | Workstations w/computers, chairs, etc. | 500 |
| 154 | | 1 | **CANON Colorimage runner C4080i** 49,000 copies | 1,000 |
| 155 | | 5 | Separate offices including desks, chairs, etc. | 1,000 |
| 156 | | 1 | **RICOH Aficio 3030** copier 448,000 copies | 500 |
| 157 | | | **Lunch Room** including tables, chairs, etc. | 200 |
| | | | **Human Recources** | |

# Columbian Newspaper Equipment List

| Item No. | Serial No. | Qty | Description | OLV |
|---|---|---|---|---|
| 158 | | | Misc. office equipment, computers, chairs, etc. | 2,000 |
| 159 | | 1 | **RICOH Aficio 3030** copier 205,000 copies | 500 |
| | | | **IT Rooms** | |
| 160 | | 9 | Cubicles w/chairs | 200 |
| 161 | | 1 | **CANON iPF700** plotter | 2,500 |
| 162 | | | IT Equipment including Software, Servers, Storge Systems, Hardware, Ancillary Devices, etc | 150,000 |
| | | | **Rolling Stock** | |
| 163 | 2P4GP2437YR527816 | 1 | #11 Plymouth Voyager lic #376 KSW | 400 |
| 164 | 5Y2SM638X5Z403214 | 1 | #36 2005 Pontiac Vibe lic #828 S00 | 4,000 |
| 165 | 5Y2SM63865Z406062 | 1 | #37 2005 Pontiac Vibe lic #102 S0Q | 4,000 |
| 166 | 5Y2SM63895Z406363 | 1 | #38 2005 Pontiac Vibe lic #227S0Q | 4,000 |
| 167 | 5Y2SM65876Z411186 | 1 | #39 2006 Pontiac Vibe lic #306 ULE | 5,000 |
| 168 | 5Y2SM65856Z412689 | 1 | #42 2006 Pontiac Vibe lic #364 ULE | 5,000 |
| 169 | 5Y2SM65826Z411435 | 1 | #41 2006 Pontiac Vibe lic #365 ULE | 5,000 |
| 170 | 5Y2SL65887Z408706 | 1 | #10 2007 Pontiac Vibe lic #261 VTL | 5,000 |
| 171 | 5Y2SL65887Z408883 | 1 | #9 2007 Pontiac Vibe lic #263 VTL | 5,500 |
| 172 | 5Y2SL65867Z408526 | 1 | #7 2007 Pontiac Vibe lic #262 VTL | 5,500 |
| 173 | F60CCDG9120 | 1 | #12 1979 Ford F600 lic #HG 7422 | 2,500 |
| 174 | JALK7A1U7P3200506 | 1 | #13 1993 Isuzu lic #B01582B | 7,000 |
| 175 | 1GMDX03E5YD147127 | 1 | #14 2000 Pontiac Montana Van lic #620 KMR | 1,200 |
| 176 | 1GMDX03E9YD147471 | 1 | #15 2000 Pontiac Montana Van lic #621 KMR | 1,200 |
| 177 | 1GMDX03E4YD162024 | 1 | #16 2000 Pontiac Montana Van lic #622 KMR | 1,200 |
| 178 | 1GKDM19W9YB527672 | 1 | #18 2000 GMC Safari lic #574 WNF | 1,000 |

# Columbian Newspaper Equipment List

| Item No. | Serial No. | Qty | Description | OLV |
|---|---|---|---|---|
| 179 | 1GDKP32N5S3502045 | 1 | #22 1995 GMC CHASSIS lic #A11771T | 800 |
| 180 | 1GDKP32N5S3502028 | 1 | #23 1995 GMC CHASSIS lic #A22770T | 800 |
| 181 | 1GDKP32N7S3504783 | 1 | #24 1995 GMC CHASSIS lic #A91632U | 800 |
| 182 | 1GBKP32R0T3314093 | 1 | #25 1996 CHEVY CHASIS lic #A00565Y | 800 |
| 183 | 1GBKP32R0V3313349 | 1 | #26 1997 CHEVY CHASIS lic #A52966X | 800 |
| 184 | 4UZA4FAD0YCH44414 | 1 | #27 2000 FREIGHTLINER lic #B50079C | 7,500 |
| 185 | 4UZA4FAD4YCH44416 | 1 | #28 2000 FREIGHTLINER lic #B50089C | 7,500 |
| 186 | 4UZA4FAD2YCH44415 | 1 | #29 2000 FREIGHTLINER lic #B50081C | 7,500 |
| 187 | 4UZA4FAD6YCH44417 | 1 | #30 2000 FREIGHTLINER lic #B50082C | 7,500 |
| 188 | 4UZAAPBW81CH68478 | 1 | #31 2001 FREIGHTLINER lic #B83043D | 7,500 |
| 189 | 4UZAAPBWX1CH68479 | 1 | #32 2001 FREIGHTLINER lic #B83044D | 7,500 |
| 190 | 1GTGG25V831158918 | 1 | #33 2003 GMC SAVANA lic #A27768S | 2,000 |
| 191 | 1GTDM19X73B501892 | 1 | #34 2003 GMC SAFARI lic #A27769S | 2,000 |
| 192 | 1GTDM19X23B505493 | 1 | #35 2003 GMC SAFARI lic #A27770S | 2,000 |

**Total    576,750**

In re  **The Columbian Publishing Company** ,  Case No.  **09-43133-PBS**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | 8/06 | | | | | |
| **Bank of America** **800 Fifth Ave 13th Fl** **Seattle, WA 98104** | - | | | **First Mortgage** **Newspaper production and office facility located at 701 and 801 W 8th Street, Vancouver, Washington** | | | | | |
| | | | | Value $ 4,660,000.00 | | | | 14,500,000.00 | 9,840,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**  continuation sheets attached

Subtotal
(Total of this page)  | 14,500,000.00 | 9,840,000.00

Total
(Report on Summary of Schedules)  | 14,500,000.00 | 9,840,000.00

In re   **The Columbian Publishing Company**                Case No.   **09-43133-PBS**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__ continuation sheets attached

In re   **The Columbian Publishing Company**      Case No.  **09-43133-PBS**

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Attorney General for the State of Washington Bankruptcy & Collections Unit 800 Fifth Ave Suite 2000 Seattle, WA 98104** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | 2nd Half of 2009 Property Taxes - Due October 30, 2009 (First Half paid April 24, 2009) | | | | | | |
| **Clark County Treasurer POB 9808 Vancouver, WA 98666** | - | | | | | | 57,565.76 | 57,565.76 | 0.00 |
| Account No. | | | | | | | | | |
| **IRS POB 21126 Philadelphia, PA 19114** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **U.S. Attorney's Office Attn: Bankruptcy Assistant 700 Stewart Street Room 5220 Seattle, WA 98101** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | **April 2009**<br><br>**Monthly Excise Taxes** | | | | | | |
| **Washington Dept of Revenue Cash Mgmt Section POB 47464 Olympia, WA 98504** | - | | | | | | 10,266.06 | 10,266.06 | 0.00 |

Sheet ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 67,831.82 | 67,831.82 / 0.00 |
| Total (Report on Summary of Schedules) | 67,831.82 | 67,831.82 / 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037